# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PACIFIC ATLANTIC LINES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:09-cv-0625-TCB |
| AMADU K. JAH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| AMADU K. JAH, individually, and ) | |
| SALMAD OCEAN LINE & ) | |
| LOGISTICS, INC. f/k/a PACIFIC ) | |
| ATLANTIC LINES GEORGIA, INC., ) | |
| ) | |
| Third Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| RONA GONEN, an individual, ) | |
| And JOHN DOES 1-5, ) | |
| ) | |
| Third Party Defendants. ) | |

## **ORDER**

This matter is before the Court on various discovery disputes informally submitted by the parties this week. After considering those disputes, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.

The discovery period—particularly in light of the Court's October 29 grant of Plaintiff's motion to amend its complaint [76]—is hereby extended through December 31, 2009. All depositions heretofore noticed shall be completed by November 24, 2009, and the deposition previously scheduled for November 10 shall take place on that date.

2.

Notwithstanding the Stipulated Protective Order in place [51], the Court sustains Plaintiff's objection to producing the electronic format of its *Quickbooks* data to the extent such data contains proprietary (to Plaintiff) information related to Plaintiff's other customers.

3.

Notwithstanding Plaintiff's sloppy nomenclature of "subsidiary" for Defendant, Plaintiff's objection to producing its financial reports and tax filings is sustained.

4.

The Court finds that Plaintiff has substantially complied with FED. R. CIV. P. 34(b)(2)(E)(i) with respect to the documents that it has produced to Defendant; thus, Defendant's objection to the manner in which Plaintiff has produced its documents is overruled.

5.

Plaintiff need not produce exportable electronic files relative to the "RoRo" transactions. However, these transactions (and the subjects listed above) shall be a permitted subject of cross-examination of any designee or present or former employee of Plaintiff.

IT IS SO ORDERED this 30th day of October, 2009.

_____
Timothy C. Batten, Sr.
United States District Judge